IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMBA, <br> on behalf of plaintiff and the classes defined below, <br><br> Plaintiff, <br><br> vs. <br><br> RETAIL CAPITAL LLC, d/b/a CREDIBLY; <br> WEBBANK; <br> and DOES 1-10, <br><br> Defendants. | 16 CV 10280 <br><br> Judge Bucklo <br> Magistrate Judge Rowland |

## NOTICE OF SETTLEMENT

Plaintiff Scott Dolemba, and Defendants Retail Capital, LLC, d/b/a Credibly ("Credibly"), and WebBank (collectively, "Defendants"), have resolved this matter on an individual basis. The parties are completing settlement documents and anticipate filing a stipulation of dismissal within the next 45 days.

Respectfully submitted,

*s/ Dulijaza Clark*
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200 P
(312) 419-0379 F

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 23, 2017, she caused the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which shall cause service via electronic mail upon all counsel of record.

*s/ Dulijaza Clark*
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200