UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Scott Dolemba
                                    Plaintiff,
v.                                                         Case No.: 1:16−cv−10280
                                                           Honorable Elaine E. Bucklo
Retail Capital LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 10, 2017:

    MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to Stipulation of Dismissal, Plaintiff's individual claims are dismissed with prejudice with parties to bear their own costs and fees. Plaintiff's class claims are dismissed without prejudice with parties to bear their own costs and fees. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.